In the Matter of CORPORATE EMPLOYMENT SERVICE, INC., Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.

Submitted April 13, 1942; decided April 23, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 794.)